**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
KAREN CLOSE, GIOVANNI and DIANA
PICCOLINO, individually and as parents of JC and
AP, and CRAIG STERNSCHEIN, individually and as
legal guardian of BS, whose names have been redacted
due to the sensitive nature of these claims,

                         Plaintiff,

       -against-

BEDFORD CENTRAL SCHOOL DISTRICT, KEITH
ALLEYNE, BRETT MILLER, JASON SPECTOR,
JOEL ADELBERG, DEBORAH DORMANDY,
EDWARD ESCOBAR, and DANIEL MULVEY,

                         Defendant.
------------------------------------------------------------------------X

23 **CIVIL** 4595 (CS)

**JUDGMENT**

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 16, 2024, that Defendants' motion to dismiss is GRANTED. Plaintiffs' federal claims (Equal Protection, ADA, Section 504, FERPA, and IDEA) are dismissed with prejudice. Plaintiffs' state law claims for negligence, violations of the NYSHRL, negligent hiring, training and supervision, and violation of the New York Civil Rights Law are dismissed without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      July 16, 2024

                                 **DANIEL ORTIZ**
                             **Acting Clerk of Court**

                **BY:**

                             _____
                                  **Deputy Clerk**